# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

**KENNY SAVOIE**                              **CASE NO.  6:21-CV-01910**

**VERSUS**                                    **JUDGE TERRY A. DOUGHTY**

**EMPIRE PETROLEUM CORP ET AL**         **MAGISTRATE JUDGE CAROL B. WHITEHURST**

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 70] having been considered, together with the written objections [Doc. Nos. 75, 79-2, and 78] filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant Thomas Pritchard's ["Pritchard"] Renewed Motion to Dismiss for Lack of Personal Jurisdiction [Doc. No. 57] is **GRANTED**, and that Pritchard is hereby **DISMISSED** from this suit for lack of personal jurisdiction.

**IT IS FURTHER ORDERED** that Pritchard's Unopposed Motion for Extension of Time of Briefing Deadline [Doc. No. 77] is **DENIED AS MOOT**.

MONROE, LOUISIANA, this 22nd day of June, 2023.

 

_____
Terry A. Doughty
United States District Judge